**People of the State of Illinois, Appellee, v. Edward Hill, Appellant.**

Gen. No. 50,794. 

First District, Second Division.

May 9, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Thomas P. Cawley and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Truman Larrey, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.